**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------------------

**MARVIN SMITH SHAHEEN**

                                       **Plaintiff,**

    **-v.-**
                                    **Civil Action No.**
                                 **9:03-cv-17 (GLS/DRH)**

**MELVIN L. HOLLINS, Superintendent,**
**Oneida Correctional Facility; W. HULIHAN,**
**Acting Superintendent; D. GREGORY, Sr.**
**Counselor; and L.D. MANGIARACINA,**
**Corrections Officer**

                                     **Defendants.**
--------------------------------------------------------------------------------

**APPEARANCES:**

**MARVIN SMITH SHAHEEN**
**Plaintiff Pro Se**
**81-A-3638**
**Coxsackie Correctional Facility**
**P.O. Box 999**
**Coxsackie, New York 12051-0999**


**ELIOT SPITZER, ESQ.**                 **LISA ULLMAN, ESQ.**
**NEW YORK STATE ATTORNEY GENERAL**     **JAMIE IRENE ROTH,**
                                              **ESQ.**
**The Capitol**                              **Assistant Attorney General**
**Albany, New York 12224-0341**


**GARY L. SHARPE,**
**U.S. DISTRICT JUDGE**

## ORDER

The above-captioned matter comes to this court following a Report-Recommendation by Magistrate Judge David R. Homer duly filed September 7, 2005. Following ten days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is hereby

ORDERED, that the Report-Recommendation of Magistrate Judge David R. Homer filed September 7, 2005 is ACCEPTED in its entirety for the reasons stated, and it is further

ORDERED, that defendants' motion for summary judgment (Docket No. 27) is GRANTED and the amended complaint is DISMISSED; and it is further

ORDERED, that the Clerk of the Court is to enter judgment in favor of Defendants and close this case.

IT IS SO ORDERED

Dated:   September 23, 2005
         Albany, New York

*Gary L. Sharpe*
Gary L. Sharpe
U.S. District Judge

2